IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **JANITTA SHROPSHIRE,**<br>    *Plaintiff*<br><br>v.<br><br>**EQUIFAX INFORMATION**<br>**SERVICES, LLC,**<br>    *Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:23-CV-00648-RP-SH |

### ORDER

Now before the Court are Plaintiff's Complaint and Demand for Jury Trial, filed July 28, 2023 (Dkt. 7). The District Court referred this case to this Magistrate Judge for Report and Recommendation as to whether it should be dismissed as frivolous under 28 U.S.C. § 1915(e) pursuant to Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas and the Court Docket Management Standing Order for United States District Judge Robert Pitman. Dkt. 4.

Plaintiff Janitta Shropshire brings claims for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.* On July 13, 2023, the Court ordered Plaintiff to file a More Definite Statement providing additional facts about the alleged inaccuracies in her credit report. Dkt. 5. On July 28, 2023, Plaintiff filed an amended complaint in which she alleged that her credit report contained "false information" about several tradelines. Dkt. 7 ¶ 6.

In her amended complaint, Plaintiff includes the names of the tradelines, but still does not allege what about the tradelines was inaccurate. Without additional factual allegations, the Court cannot determine whether Plaintiff has alleged an inaccuracy under the FCRA.

For these reasons, the Court **ORDERS** Plaintiff to file a More Definite Statement by **August 18, 2023**, stating facts in support of her allegation that the tradelines were inaccurate. If

1

2

Plaintiff does not respond fully by the deadline, the Court will recommend dismissing the case for failure to prosecute.

**SIGNED** on August 2, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE